**Mary S. LAULO, Appellant,**

v.

**Eleanor Koch REHM, Respondent.**

No. 71161.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 22, 1996.

Mary S. Laulo, Imperial, pro se.

Michael J. Valenti, Hillsboro, for Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Mary S. Laulo (Contestant), pro se, appeals the judgment of the trial court dismissing, for lack of subject matter jurisdiction, her challenge to primary election results, § 115.526, RSMo 1994. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment of the trial court. Rule 84.16(b).